**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:21-cv-513-RJC**
**(3:14-cr-82-RJC-DSC-4)**

| | |
|---|---|
| **CHRISTOPHER LEE GRIFFIN,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| **UNITED STATES OF AMERICA,** ) | **ORDER** |
| ) | |
| **Respondent.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

The *pro se* Petitioner has filed a Motion to Vacate under 28 U.S.C. § 2255. [Doc. 1]. The Government has filed a Response opposing § 2255 relief. [Doc. 15]. The Petitioner may file a Reply to the Response, if he chooses to do so, within twenty-one (21) days of this Order pursuant to Rule 5(d) of the Rules Governing Section 2255 Proceedings.

**IT IS, THEREFORE, ORDERED** that no later than **twenty-one (21) days** from the entry of this Order, the Petitioner may file a Reply to the Government's Response in opposition to his § 2255 Motion to Vacate.

**IT IS SO ORDERED.**

Signed: October 27, 2022

Robert J. Conrad, Jr.
United States District Judge

1